AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

MICHAEL T. DAVITT,

      Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                         CASE NUMBER: **3:06-cv-00606-HDM-VPC**

DONALD HELLING, et al.,

      Respondents.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that Respondents' Motion to Dismiss (#6) is **GRANTED.** Petitioner's federal habeas petition (#4) is **DISMISSED** without prejudice.

   January 18, 2008                                  **LANCE S. WILSON**
                                                           Clerk

                                                      /s/ Katie Lynn Ogden
                                                          Deputy Clerk